```
                    UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
                          WESTERN DIVISION
```

JARVIS RAY SHELTON, #67077                              PETITIONER

VERSUS                        CIVIL ACTION NO. 5:04cv284-DCB-MTP

RON KING, Superintendent of SMCI
and JIM HOOD, Attorney General                         RESPONDENTS

## FINAL JUDGMENT

This matter having come before the Court on the Magistrate Judge's Report and Recommendation and the Court having adopted the Report and Recommendation that the Petition for Writ of Habeas Corpus be dismissed with prejudice over the Objection of the petitioner; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the  12th  day of March 2008.


                                      s/David Bramlette
                             **UNITED STATES DISTRICT JUDGE**