

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

December 7, 2009

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

U. S. COURT OF APPEALS
# FILED
DEC 1 4 2009
CHARLES R. FULBRUGE III
CLERK

Re:  Jarvis Jay Shelton
     v. Ronald W. King, Superintendent, South Mississippi
     Correctional Facility
     No. 09-6842
     (Your No. 08-60335)      5:04cv284

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 2 1 2009
J. T. NOBLIN, CLERK
BY_____DEPUTY

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,



William K. Suter, Clerk

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 14, 2009

Mr. J T Noblin
Southern District of Mississippi, Jackson
United States District Court
245 E. Capitol Street
Suite 316
Jackson, MS 39201

        No. 08-60335,  Shelton v. King
            USDC No. 5:04-CV-284

Enclosed is a copy of the Supreme Court order denying certiorari.


                        CHARLES R. FULBRUGE III, Clerk

                        *Charlene A. Vogelaar*

                        By:_____
                        Charlene A. Vogelaar, Deputy Clerk
                        504-310-7648